IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TYRONE DAVIS SMITH,

    Plaintiff,

v.                                                                         Case No.  17-cv-396-jdp

CANDACE WHITMAN,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case without prejudice.

| /s/ | March 31, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |