DOC NO
FILED
2022 MAY 6  AM 10: 08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
Docket No. ___

TYRONE DAVIS SMITH,
    Plaintiff
      v.                Case No. 17-cv-396-jdp
CANDANCE WHITMAN,
    Defendant.

## NOTICE OF APPEAL

Tyrone Davis Smith, the said plaintiff, acting pro se, appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on April 11, 2022, the Honorable Judge James D. Peterson presiding.

*/s/ Tyrone Davis Smith*

Tyrone Davis Smith, pro se
3383 N. 26th Street
Milwaukee, WI 53206

DOC NO
REC'D/FILED
2022 MAY -6 AM 10:08
PETER...
CLERK US D...
WD...

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Docket No. _____

TYRONE DAVIS SMITH,
    Plaintiff,

v.          Case No. 17-cv-396-jdp

CANDANCE WHITMAN,
    Defendant.

## CERTIFICATE OF MAILING

    I, Tyrone Davis Smith, the plaintiff, hereby certify that on this day of May 4, 2022, via U.S. Postal Service, placed a NOTICE OF APPEAL in the hands of the mail carrier or in a mailbox.

    I declare by the perjury of penalty, pursuant to 28 U.S.C. §1746, that the above assertion is accurate and correct to the best of my personal knowledge.

                                            /s/ Tyrone Davis Smith
                                            Tyrone Davis Smith

Tyrone Davis-Smith
3383 N. 26th Street
Milwaukee, WI 53206

MILWAUKEE WI 530

4 MAY 2022   PM 3   FOREVER
USA

Barn Swallow

SCANNED

E9703-255995

United States District Court
Western District of Wisconsin
120 North Henry Street
Madison, WI 53703